No. 23-35408

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

ELDON GALE SAMUEL, III,
Petitioner-Appellant,

v.

TEREMA CARLIN,
Respondent-Appellee.

_____

On appeal from the United States District Court
For the District of Idaho
Case No. 2:20-cv-00545-REP
Hon. Raymond Edward Patricco, Jr., Presiding

_____

**EXCERPTS OF RECORD, INDEX VOLUME**

_____

Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho, 83702
P: (208) 724-2617
chd@fergusondurham.com
*Counsel for Appellant*
**Appellant in Custody**

# INDEX

| Document | Date | USDC Dkt. No. | ER No. |
|---|---|---|---|

**Volume 1 of 12**

| Document | Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Judgment | 5/24/2023 | 23 | 2 |
| Memorandum Decision and Order | 5/24/2023 | 22 | 3-31 |

**Volume 2 of 12**

| Document | Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Respondent's Sur-Reply | 2/7/2022 | 20 | 33-41 |
| Petitioner's Reply to Respondent's Answer | 12/27/2021 | 17 | 42-69 |
| Respondent's Answer and Brief in Support of Dismissal of Petition for Writ of Habeas Corpus | 10/15/2021 | 12 | 70-96 |
| Petition for Writ of Habeas Corpus | 12/10/2020 | 1 | 97-158 |

**Volume 3 of 12 (State Court Record)**

| Document | Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Remittitur of the Idaho Supreme Court | 12/5/2019 | 11 | 160 |
| Opinion of the Idaho Supreme Court | 9/11/2019 | 11 | 161-204 |

**Volume 4 of 12 (State Court Record)**

| Document | Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| Reply Brief of Appellant in the Idaho Supreme Court | 3/6/2019 | 11 | 206-277 |
| Brief of Respondent in the Idaho Supreme Court | 12/7/2018 | 11 | 278-380 |
| Revised Brief of Appellant in the Idaho Supreme Court | 7/17/2018 | 11 | 381-475 |

## Volume 5 of 12 (State Court Record)

| State District Court's Memorandum Decision and Order on Defendant's Motion to Suppress | 1/28/2015 | 11 | 477-533 |
|---|---|---|---|
| Motion to Suppress Hearing Transcript, Vol. I | 1/20/2015 | 11 | 534-600 |
| Motion to Suppress Hearing Transcript, Vol. II | 1/21/2015 | 11 | 601-657 |
| Exhibit – *Miranda* Warning | 1/20/2015 | 11 | 658 |

## Volume 6 of 12 (State Court Record)

| Transcript of Motions Hearings and Jury Trial, Vol. I | 1/11 – 1/12 2016 | 11 | 660-844 |
|---|---|---|---|

## Volume 7 of 12 (State Court Record)

| Transcript of Jury Trial, Vol. II | 1/13 – 1/15 2016 | 11 | 846-1043 |
|---|---|---|---|

## Volume 8 of 12 (State Court Record)

| Transcript of Jury Trial, Vol. III | 1/19 – 1/21 2016 | 11 | 1045-1256 |
|---|---|---|---|

## Volume 9 of 12 (State Court Record)

| Transcript of Jury Trial, Vol. IV | 1/22 – 1/26 2016 | 11 | 1258-1483 |
|---|---|---|---|

## Volume 10 of 12 (State Court Record)

| Transcript of Jury Trial, Vol. V | 1/27 – 1/29 2016 | 11 | 1485-1679 |
|---|---|---|---|

## Volume 11 of 12 (State Court Record)

| Sentencing Transcript | 4/4/2016 | 11 | 1681-1754 |
|---|---|---|---|

## Volume 12 of 12

| Notice of Appeal | 6/12/2023 | 24 | 1756-57 |
|---|---|---|---|
| District Court Docket Sheet | n/a | n/a | 1758-60 |